1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FUCHIEM SAELEE** | Case No. CIV S-09- 2183 GGH |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 19, 2010, to June 8, 2010.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: April 19, 2010            */s/Bess M. Brewer*
                                 BESS M. BREWER
                                 Attorney at Law

                                 Attorney for Plaintiff


Dated: April 19, 2010            Benjamin G. Wagner

                                 United States Attorney

                                 */s/ Michael Cabotaje*
                                 MICHAEL CABOTAJE
                                 Special Assistant U.S. Attorney
                                 Social Security Administration

                                 Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: April 28, 2010        /s/ Gregory G. Hollows

                             GREGORY G. HOLLOWS
                             U.S. MAGISTRATE JUDGE

saelee.eot