1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUCHIEM SAELEE ) ) ) Plaintiff, ) ) v. ) ) MICHAEL J. ASTRUE ) **Commissioner of Social Security** ) **of the United States of America,** ) ) **Defendant.** ) ) ) | Case No.  CIV - 09- 2183 GGH  **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 8, 2010, to June 30, 2010.  The parties further stipulate that the Court's scheduling order shall be modified accordingly.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: June 7, 2010 | */s/Bess M. Brewer* <br> BESS M. BREWER |
| 2 | | Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | | |
| 6 | Dated: June 9, 2010 | Benjamin B. Wagner |
| 7 | | United States Attorney |
| 8 | | */s/ Jacob M. Mikow* <br> JACOB M. MIKOW |
| 9 | | Special Assistant U.S. Attorney <br> Social Security Administration |
| 10 | | Attorney for Defendant |
| 11 | | (approved via e-mail 6/9/2010) |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 15, 2010           /s/ Gregory G. Hollows

 ───────────────────────────
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

saelee.eot2