IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FUCHIEM SAELEE,

        Plaintiff,                      No. CIV S-09-2183 GGH

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendants.             ORDER TO SHOW CAUSE

_____/

        Plaintiff filed his complaint on August 7, 2009; service was executed upon defendant on December 1, 2009. On March 1, 2010, defendant filed with this court, and served upon plaintiff by mail, his answer and the administrative transcript.

        Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by April 19, 2010 (45 days after service of the answer and administrative transcript). Plaintiff's April 20, 2010 and June 9, 2010, extensions of time were granted. Due to a clerical error, plaintiff's June 30, 2010, extension of time until July 8, 2010, was not processed. Although the July 8th date has passed, plaintiff has still not filed a motion for summary judgment and/or remand.

1

ACCORDINGLY, plaintiff is ordered to show cause in writing within fourteen days of the filed date of this order why this case should not be dismissed for lack of prosecution. Failure to <u>timely</u> file the required writing will result in a recommendation that the case be dismissed.

DATED: September 3, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:035
saelee2183.osc