BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| FUCHIEM SAELEE, | CIVIL NO. 2:09-CV-02183-GGH |
|     Plaintiff, | **STIPULATION FOR EXTENDING BRIEFING SCHEDULE AND ORDER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The undersigned had four pleadings due the week of November 1, 2010, in addition to representing the Social Security Administration at an unemployment benefits appeal hearing on November 4, 2010. In addition, the undersigned was reassigned a Ninth Circuit case with a December 6, 2010 filing deadline, but the agency's internal review procedure causes the Commissioner's answering brief to be due November 12, 2010. The November 11, 2010 federal

-1-

1  holiday also affects the undersigned's ability to meet the filing deadline in the
2  above-captioned case.
3       Counsel for the Commissioner requires additional time in order to respond to
4  Plaintiff's arguments.  The current date is November 12, 2010.  The new due date
5  will be December 13, 2010.
6       The parties further stipulate that the Court's Scheduling Order shall be
7  modified accordingly.

Respectfully submitted,

Date:  November 10, 2010		/s/ Bess M. Brewer*
					BESS M. BREWER
					(by email authorization 11/10/10)
					Bess M. Brewer and Associates
					Attorney for Plaintiff


					BENJAMIN B. WAGNER
					United States Attorney
					LUCILLE GONZALES MEIS
					Regional Chief Counsel, Region IX

					/s/ Cynthia B. De Nardi
					CYNTHIA B. DE NARDI

					Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

DATED: November 12, 2010		/s/ Gregory G. Hollows
					_____
					UNITED STATES MAGISTRATE JUDGE

Saelee.eot